JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL SOTO, | Case No. CV 20-10296 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DOUBLZ OF EL MONTE, et al., | |
| Defendants. | |

    Pursuant to the court's Order Re: Motion for Default Judgment, IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 23rd day of August, 2021.

                                        /s/
                             Fernando M. Olguin
                       United States District Judge